# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.  CASES NO. 4:11cr53-RH/CAS
                                                        4:16cv311-RH/CAS

HENRY JAMES JACKSON,

      Defendant.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 114. No objections have been filed. Upon consideration,

IT IS ORDERED:

1. The report and recommendation is accepted and adopted as the court's opinion.

2. The defendant's motion, ECF No. 113, to dismiss his motion for relief under 28 U.S.C. § 2255 is granted.

3. The § 2255 motion, ECF No. 87, is deemed withdrawn.

4. The clerk must close the file.

SO ORDERED on September 27, 2017.

                                             s/Robert L. Hinkle
                                             United States District Judge